IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>DARNELL MORRIS,         )<br>)<br>      Defendant.         ) | Criminal Action No. 07-*149-4* |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Darnell Morris, pursuant to an Indictment returned against him by the Federal Grand Jury on November 6, 2007.



FILED
NOV - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: 11/6/2007

**AND NOW**, this ___6___ day of ___November___, 2007, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of DARNELL MORRIS.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge