IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-149 |
| ) | |
| DARNELL MORRIS, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On November 6, 2007, Darnell Morris was indicted on various narcotics offenses, charges including conspiracy to possess with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. § 846; and possession with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). On the same date this Court issued a bench warrant which remains outstanding.

2. Darnell Morris is currently a State detainee at the Delaware Correctional Center in Smyrna, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments are held each Thursday at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Delaware Correctional Center to bring the said defendant, Darnell Morris, before this Court on November 15, 2007, at 1:00 p.m. for an Initial Appearance, and if the State charges remain outstanding, to be returned to the Warden for the Delaware Correctional Center only after the conclusion of all proceedings in this Court.

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: 11/8/07

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge
District of Delaware