IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>     Plaintiff, §<br> §<br>v. §<br> §<br> §<br>**DARNELL MORRIS** §<br>     Defendant. § | CRIMINAL ACTION NO. 07-149-4 |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
      WARDEN OF DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

   We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DARNELL MORRIS** who is now detained and imprisoned in the **DELAWARE CORRECTIONAL CENTER** and who is a defendant in the above-entitled cause, in which cause the said was charged with a violation of 21:846 AND 21:841(a)(1) and (b)(1)(B) for an **INITIAL APPEARANCE ON NOVEMBER 21, 2007 AT 9:00 AM**, and to remain in the custody of the U.S. Marshal until the conclusion of the pending charges.

   And have you then and there this writ.

   To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 13th day of November, 2007.

PETER T. DALLEO, CLERK

By: _____
     Deputy Clerk

