AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

**DARNELL MORRIS**,

**WARRANT FOR ARREST**

Case Number: 07-149-4-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **DARNELL MORRIS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

COUNT I - CONSPIRACY TO DISTRIBUTE MORE THAN 500 GRAMS OF COCAINE
COUNT II - POSSESSION WITH INTENT TO DISTRIBUTE GREATER THAN 500 GRAMS OF COCAINE

in violation of Title   21   United States Code, Section(s)   846 AND 841(a)(1) and (b)(1)(B)

PETER T. DALLEO
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

at WILMINGTON, DE
Date and Location

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Darnell Morris

| DATE RECEIVED 11/6/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 11/21/07 | | |