UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. **CR 07-149-4-SLR** |
| **DARNELL MORRIS** | ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **DECEMBER 6, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until Jan 22, 2008. The time between the date of this order and January 22, 2008. shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

DEC 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE