AO 432 (Rev. 2/84) — Administrative Office of the United States Courts

**WITNESS AND EXHIBIT RECORD**

U.S. v. Randal Morris    CR 07-149-4

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER |
|---|---|---|---|---|---|
| 12/6/07 | CR07-149-4 | KINCAID | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Ruby Morris Ambush (Deft's Mother) | 2:44 pm | 2:47 pm | 2:55 pm | 2:56 pm | Excused 2:57 pm |
| Munita Peters (Deft's Aunt) | 3:07 pm | 3:10 pm | Excused 3:14 pm | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| D1 | Affidavit of Marcus Ambush of Gettysburg Janitorial Service | NO OBJ | |
| D2 | Letter from Crystal Ambush re Employment | NO OBJ | |
| D3 | Sealed. Appraisal of Property #1 (Security) | | |
| D4 | Sealed Appraisal of Property #2 (For Security) | | |

FILED DEC 6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE