# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

December 7, 2007

Magistrate Judge Mary Pat Thynge
U.S. District Court
844 N. King Street
Lockbox 8
Wilmington, DE 19801

Re:   United States v. Darnell Morris; C.A. No. 07-149

Dear Judge Thynge:

    I write to correct an error I made in calculating the equity value in one of the two houses posted as collateral for my client, Darnell Morris', release. With respect to the property located at 1334 David Lane, Frederick, MD, there appears on the HUD 1 settlement sheet a second lien from "2nd Trust" in the amount of $48,247.54. I apologize for this oversight, which I discovered when providing documents to the Clerk's office.

    I am available at the convenience of the Court to answer any questions.

Respectfully submitted,

KATHLEEN M. JENNINGS

KMJ/alv
cc:   AUSA Keith Rosen
      Jack McDonough



FILED
DEC 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE