IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-149-SLR |
| ) | |
| DARNELL MORRIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On this 25th day of January, 2008, is it hereby ORDERED and DECREED that Defendant's Motion to Extend Time to File Pretrial Motions is granted, and all pretrial motions shall be filed on or before March 25, 2008.

_____
The Honorable Sue L. Robinson