Filed in Open Court
4/10/08 NFN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-149-4-SLR |
| DARNELL MORRIS, | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about August 8, 2007, in the State and District of Delaware and elsewhere, DARNELL MORRIS, defendant herein, did knowingly conspire with persons known and unknown to the United States Attorney to possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

COLM F. CONNOLLY
United States Attorney

BY: /s/ K. Rosen

Keith M. Rosen
Assistant United States Attorney
Chief, Criminal Division

Dated: April 10, 2008

Case 1:07-cr-00149-SLR    Document 96    Filed 04/10/2008    Page 2 of 2