IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.07-149-4-SLR |
| DARNELL MORRIS, | : |
| Defendant. | : |

## MOTION AND ORDER TO DISMISS

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Keith M. Rosen, Assistant United States Attorney, and respectfully requests that the Court dismiss the Indictment as it pertains to this defendant, pursuant to the terms of the Memorandum of Plea Agreement.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Keith M. Rosen
Assistant United States Attorney

Dated: July 29, 2008

IT IS SO ORDERED this ___29th___ day of ___July___, 2008.

_____
Honorable Sue L. Robinson
United States District Court
District of Delaware